UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

v.

Case No. 24-cr-20375

Hon. F. Kay Behm
United States District Judge

Mack Davis,

Defendant.

## Government's Sentencing Memorandum

Starting in April 2024, Mack Davis set out on a mission to carry out a bias-motivated mass killing at two locations in downtown Owosso, Michigan. He chose these particular targets because he wanted to get rid of the "faggot scum" he associated with the Shiawassee County Democratic Party Office and the gay patrons of the Rainbow Bar—which Davis perceived to be a "faggot bar." Over several months, Davis acquired weapons, ammunition and tactical gear to do exactly that. Davis also demonstrated his unwavering desire as he documented each of the steps he took towards accomplishing what he set out to do. Davis was on the road to finish his mission until he was fortunately interrupted by law enforcement after unloading 60 rounds into his

neighbors' property while test-firing the sawed-off rifle he planned to use in the mass-killing. If he hadn't been thwarted, Davis would have murdered countless people, motivated by his desire to eliminate members of the LGBTQ+ community in Owosso.

For this, the government recommends a top-of-the-guidelines sentence of 168 months. The government further recommends a 5-year term of supervised release. The government's proposed sentence would reflect the gravity of Davis's offense, promote respect for the law and deterrence, protect the public, and provide just punishment.

## I.    Offense Conduct and Procedural History

### A.    The June 17, 2024 Shooting

On June 17, 2024, officers responded to a report of gunfire damage to a vehicle parked in the driveway of an Owosso resident. Once on scene, officers learned that two vehicles had been struck by gunfire in the early morning hours. One vehicle belonged to a married gay couple who lived next door to the defendant. That same car had also been graffitied three days earlier with the word "fag" and "Ø" (known as a "cancellation" symbol). The other car belonged to Davis's neighbor across the street, who happens to have an LGBTQ daughter. In all,

2

approximately 60 bullets had been fired. After assessing the trajectories of the bullet holes, officers determined that the gunfire had come from the second-story window of Davis's home, where officers also noticed that the window screen was damaged.

Davis, who came outside while officers investigated, encouraged them to consider suspects from outside of the neighborhood. But, while attempting to deflect blame, Davis also incriminated himself by telling officers that he lived in the upstairs bedroom with the damaged screen, and that he had heard the shooting, while giving conflicting accounts of what he had done in response. Davis also admitted that he had two firearms inside the home, including a .22 caliber rifle—which matched the bullet holes in the vehicles.

What was not immediately apparent to officers is that Davis's shooting rampage that morning was part of his larger, more sinister plot to commit a mass shooting at two downtown Owosso locations—the Shiawassee County Democratic Party office and the Rainbow Bar—that he had chosen because of his perceived belief of the sexual orientation of individuals associated with those establishments.

**B.    The Search of Davis's Bedroom and His Arrest**

Owosso police obtained and executed a search warrant at Davis's home. There, they found a Rossi .22 caliber short-barreled rifle with an illegally sawed-off barrel, a single-gauge shotgun, and .22 caliber casings scattered through Davis's bedroom. Officers observed that there was a clean line of sight from Davis's room to the two shot-up vehicles and that the screen of one window was cut out in one area and the other window screen had multiple bullet holes in it.

During the search of Davis's bedroom, officers also found a stockpile of weapons and violent bias material, including several knives with hate messages written on them; hundreds of rounds of ammunition and spent casings; a crossbow and arrows; gun parts; bomb-making parts; tactical gear, masks, clothing and other items marked with right-wing insignia; spray paint consistent with the paint used to spray "fag" on Davis's neighbors' car; tourniquets; patches with far-right iconography (*e.g.*, Black Sun, Totenkopf, and Kolovrat); and a mouse pad with the names of mass killers, weapons, a swastika, SS bolts, an othala rune, and the phrase "I Hate People" written on it.











Officers also found multiple disturbing writings in Davis's room. For example, they found journals—one of which was titled "The Great Revenge-1488"—with entries dedicated to the idolization of mass killers, biased screeds and drawings.[1]



---

[1] "1488 is a combination of two popular white supremacist numeric symbols. The first symbol is 14, which is shorthand for the '14 words' slogan: 'We must secure the existence of our people and a future for white children.' The second is 88, which stands for 'Heil Hitler' (H being the 8th letter of the alphabet)." https://www.adl.org/resources/hate-symbol/1488 (last accessed Feb. 9, 2026).

His written journals also contained Davis's plotting of his own mass murder, including lists of "Mission Needs" and "Mission Haves" items that Davis planned to use during a mass killing—the majority of which were found in Davis's bedroom.



After Davis's arrest that day, he was interviewed by Owosso police and the FBI. During the *Mirandized* interviews, Davis admitted, among other things, that he:

- Owned the short-barreled rifle that had been found in his home;
- Had personally shortened its barrel;

- Had used the rifle to shoot his neighbors' property to test the modification to his rifle;
- Had vandalized his neighbors' car with the word "fag," knowing that they were gay;
- Harbored strong negative feelings toward the LGBTQ community and listened to anti-gay podcasts, streamed anti-gay shows, and followed several anti-gay personalities on the social media sites YouTube, Fishtank, Twitch, and Rumble;
- Had attempted to manufacture explosives after researching methods on the internet;
- Had become radicalized during the COVID-19 pandemic on sites like Reddit, where he followed and posted on mass killer subreddits; and
- Had written a manifesto in preparation for the mass shooting that he saved on Google Docs, along with the other biased and threatening writings found in his room.

## C.   Davis's Plot

Davis's obsession with mass killings was evident in the items found in his room as well as his social media footprint. For example, search warrant returns from Reddit reflect that Davis posted on the subreddit /r/masskillers thousands of times, in posts that glorified dozens of mass killers. Davis also posted photographs of the killers' weapons that mirror the arsenal Davis had built. In mid-2023 and 2024, Davis's journals reflect that he began planning his own mass killing. By spring 2024, Davis had focused his plot on two specific locations, where Davis planned to kill a specific group of people.

7

Specifically, in April 2024, Davis decided to emulate a Slovakian mass killer, Juraj Krajčík, who had been radicalized online before carrying out a mass shooting at a gay bar. Like Krajčík, Davis decided to carry out his own mass killing of (in Davis's words) "faggot scum" at the Shiawassee County Democratic Party headquarters and the Rainbow Bar—a nearby bar that he referred to as the "faggot bar."

To begin, on April 5, 2024, Davis searched YouTube for "Juraj Krajčík," "2022 Bratislava Shooting," and "2022 Bratislava Gay Bar Shooting," and watched a video concerning Krajčík's shooting titled "The Buffalo massacre 'inspired' another attack half way around the world." That same day, Davis took several selfies that appear to emulate selfies Krajčík had taken before his attack: for example, Krajčik took selfies making a finger gun, on a railroad track, and in front of the gay bar that he ultimately attacked two months later. Similarly, Davis took selfies making a finger gun, on a railroad track, and in front of the Rainbow Bar. The FBI recovered all of these selfies (Krajčik's and Davis's) as deleted files when they conducted a forensic search of Davis's phone.

8

  

*Photos of Krajčik*

  

*Photos of Davis*

Davis also emulated Krajčik in other ways—two of Davis's social media accounts feature the tagline "It will be done," a phrase Krajčik tweeted before his attack. Davis also posted about Krajčik on Reddit and "saved" a post with footage of Krajčik's shooting on his Reddit account.

One day after taking the selfies, Davis searched Google for "Rainbow Bar" and "Rainbow Bar Owosso" and visited a Yelp site titled "THE BEST 10 Gay Bars near OWOSSO, MI 48867," with the Rainbow Bar as the top result. (While the Rainbow Bar is not a gay bar, Davis plainly believed it was, and the bar's owner shared that that is a common misconception.)

9

And, around that time, as mass shooters commonly do, Davis began an online manifesto on Discord where he wrote about his planned mass killing. Although the manifest obtained by the FBI from Discord was found on Davis's private server, it is likely that Davis, like many infamous mass shooters that he aimed to emulate, would have released it for public viewing before executing his plan. Davis's manifesto included a specific plot to attack the Party headquarters and the Rainbow Bar. On April 29, 2024, Davis wrote:

> *Soon.*
> *Nothing can stop me.*
> *I was born for this.*
> *I was built for this.*
> *Closer than ever.*
> *Now I'm ready.*
> *50 pages.*
> *  –Obtain*
> *  –equipped*
> *  –Fight*

Several weeks later, Davis obtained an additional gun for his mass killing—the Rossi .22 caliber rifle that he used to shoot his neighbors' property. He detailed on Discord how he would use the weaponry and tactical gear that he amassed:

> *Magazines come with a 10 round capacity, but you can find, 25 round Mossberg 702 plinkster magazines that fit just*

*fine in the Rossi rs22 Rifle, same goes for the 10 round Mossberg 702 rifle magazines will just the same .*

*300 rounds of hollow point ammunition will go into the Several Magazines, then into either pouches on my vest or into my magazines dump pouch on my belt, 2nd option is not ideal, do to the fact I'll have my other magazine dump pouch holding all my loose Shotgun shells, and it's weighs down the belt already. Not to mention the two daggers I have in my belt, both over 10 inch blades , one with a brass knuckles handle as the grip, and the other is a mini katana type knife about 16 inch blade, very sharp when tested on flesh and on stab able objects, with definitely get the job done, if need be, only if all firearms are lost or I decided to finish someone off with it,*

*Old tan Tactical vest will be scratched out for a new black chest rig and and a new black tactical vest, ballistic plates will be bought back from where I original sold them off and bought the rifle, I'll also purchase more plates online, including over 20, 10 round magazines, and if obtainable which is not very likely since there very rare to find , the 25 round magazines, but the 10 round ones are very easy to find, new black cargo pants will be bought as well, and a new  black tactical helmet will need to be purchased, do to me selling my other one to some Mexican, anyhow my I hate People shirt I will be buying will be worn under my vest and chest rig, if captured or found jon doe , my shirt will reveal it all hahhaha, combat boots may be purchased or ill just where my all black nike trainers.*

*Oh yeah also a small knife attached to the vest and also homemade Ied's that will be a noise maker and a skin breaker, these may or may not be used, either way the bomb squad will have to come and defuse said devices regardless of the outcome, they can't just be letting people put explosive on the streets lol, the most important thing is the great controversial skull mask, it's what the critics of this shit hate most , the ultimate troll to end all trolls , continue the game and the tradition.*

11

*Nothing concrete and anything can change at any point in time , I mean*

On May 20, 2024, while conducting additional online searches for the Rainbow Bar, Davis posted the following plan for his mass killing on Discord:

> *. . . Location one [Party headquarters] from seeing only front view at this point in time, is a small building not bigger than your local McDonald's, but this building is filled with far-left liberal, faggot scum who's ideology needs to be wiped of the planet, ill take step one in removing the filth, inside population, is unknown, but will be looked over and servaled before hand front and back, Location 2 [the bar] is not to far from Location 1, if everything goes perfect at Location 1 and I'm able to make my way to Location 2, I will do so, this will not be a slow mythotical event, i will move as quickly as possible while causing the most casualties possible, I will never stop firing, hence the 20-30 magazines I will have on me, I will move fast but focused, determined and present, calculated and cold. Quickness will be my friend, the run from 1 to 2 is short about 30-40 feet, maybe less, Location 2 is a Gay bar , not far from the far-left democratic party building, see where I'm getting at, anyway, after exiting Location 1 and moving towards 2 I'll fire on anyone and anything in that 30-40 feet distance between buildings, Cars passing by as well, depending on if night or day is chosen, night will be better for Location 2 , reason being it's a bar a faggot bar, but still a bar, so gay people will be drinking and partying, thats when i move in and strike, but for democratic headquarters building, day time would be better because of work hours, if night is chosen then Location ones building will burn. If I don't die at 2 then 3 is another bar about 50-60 feet in the other direction from 2, not a gay bar like Location 2, but will definitely have targets.*

*If I'm not out of ammo for my SBR [short-barrel rifle] at that point after leaving 2 then 3 will be added, all depending on a equipment assessment check I'll do on myself after leaving 2 if I'm not deceased. . . .*

Davis also posted interior and exterior photographs of the Rainbow Bar, and screenshots of its business hours and most populated hours. And Davis annotated the photographs with comments like "Front and back of Location 2" and "Most busy Friday and Saturday of course, around 9pm to close." Davis ended the post with this:

*What I have at this point (lethal wise)*
*- 2 Firearms*
*- 8 knifes*
*- 1 Crossbow Pistol*
*- 1 Homemade Grenade*
*- 3 Moltov Cocktails*

Deleted thumbnails of the images were found on Davis's phone, along with a deleted thumbnail of a photograph of the Party headquarters and the bar annotated "Location #1" (with an arrow to the Party headquarters) and "Location #2" (with an arrow to the bar).

13



The next day, Davis posted a "reconnaissance" video he recorded of himself walking past the Rainbow Bar and the Democratic Party headquarters, with the caption "Closer than expected" (the two locations were kitty-corner from each other). Davis commented, during the video, "I don't care if anybody sees me doing this" and "That's the place; so location 2 and location 1 are about 30 to 20 feet from each other." Davis also posted a photograph of the Party headquarters— depicting a large LGBTQIA pride flag displayed in its window—along with the caption "Location 1," and a screenshot of its hours.

Davis continued to post on his Discord manifesto for the next several weeks, including selfies of himself with his weapons and tactical gear, making a Nazi salute, and holding a copy of Mein Kampf. Davis also posted his selfies at the Rainbow Bar and railroad tracks, in the style of Krajčík. In early June 2024, Davis continued to make disturbing

posts indicating his plan was in motion: he wrote about cutting his rifle down so that it would fit in a backpack, testing his rifle, and having "finish[ed]" buying the gear he needed for his mass killing, including six magazines that held 10 bullets each. On June 5, 2024, Davis posted a video of himself firing the .22 caliber rifle that he described as "First actual test fire of my 2nd gun." On June 9, 2024, Davis posted "I'll finish what I started 2 years ago, I only missing 1 last puzzle peace and the puzzle will be complete. . . . that magical piece that ive been craving for to finish the puzzle. . . . 300 bones is what I need but I think 250 bones could do, but the 300 is just to be safe, I let you know once I accuire this last piece." On June 11, Davis clarifies and says, "I need this pistol that's the final piece Im losing my mind. . . ." The next day, Davis says that "Ac7ionman gave me $250 last night contributing to the cause" but he used it to complete the tactical gear he needed and more magazines so he would get the other gun on his own. Davis indicated that he expected the tactical gear including a Russian Special Forces Tactical Vest, a 6-pack of .22 caliber magazines, a plate carrier tactical vest, gloves, and a "I Hate People" t-shirt in the next week or two.

15

On June 14, Davis vandalized his gay neighbors' car with the word "fag." By then, the gear that Davis had been waiting for had arrived; he posted pictures of himself loading the magazines and wearing some of the gear. In Davis's own words on Discord, the "gear aspect of everything" was finished. And, on June 17, 2024, Davis shot approximately 60 bullets into his neighbors' property—that is, the number of bullets held by his new magazines; Davis was testing them to ensure they wouldn't jam during his mass killing.

### D.    Davis's Charges and Plea

Davis was initially charged on June 19, 2024 in a criminal complaint with possession of a short-barreled rifle, in violation of 26 U.S.C. § 5861(d). On July 17, 2024, a grand jury indicted Davis on three counts: possession of an unregistered firearm; manufacture of a firearm in violation of the National Firearms Act; and possession of a firearm made in violation of the National Firearms Act.

On December 17, 2024, a superseding information was filed charging Davis with a single count of hate crimes acts, in violation of 18 U.S.C. § 249(a)(2)(A)(ii)(II) (*i.e.*, Matthew Shepard-James Byrd Hate

Crimes Prevention Act). The same day, Davis pleaded guilty to this count pursuant to a Rule 11 plea agreement.

## II.   Sentencing Guidelines Range

In the plea agreement, the parties jointly recommended that certain guideline provisions apply to the offense of conviction:

- §§ 2H2.1(a)(1)/2A2.1(a): applying the offense level applicable to the underlying offense of attempted murder, 33;

- § 3A1.1(a): hate crime motivation, +3; and

- § 3E1.1(b): acceptance of responsibility, –3

The Probation Department agreed with the parties, provided the Court makes the required determination at sentencing that § 3A1.1(a) applies.

"[I]n the case of a plea of guilty," the 3-level increase applies where "the court at sentencing determines beyond a reasonable doubt that the defendant intentionally selected any victim . . . as the object of the offense of conviction because of the actual or perceived . . . sexual orientation . . . of any person." USSG § 3A1.1(a). Here, the defendant's admission during his guilty plea and the stipulated facts in the plea agreement establish beyond a reasonable doubt that the 3-level increase is warranted.

17

Based on these guideline provisions and the defendant's criminal history category of I, the Probation Department calculated Davis's guideline range to be 135–168 months. The government respectfully requests that the Court adopt these calculations.

## III.   Sentencing Recommendation

When fashioning an appropriate sentence for a defendant, a court must first consider the applicable guideline range under 18 U.S.C. § 3553(a)(4). Although the sentencing guidelines are advisory, they are the "starting point and the initial benchmark" for federal sentencing. *United States v. Bolds*, 511 F.3d 568, 578 (6th Cir. 2007) (quoting *Gall v. United States*, 552 U.S. 38, 49 (2007)). Once a court has determined the appropriate sentencing range, it must then consider that range in light of the other relevant § 3553(a) factors. *Id.*

In order to arrive at an appropriate sentence, the Court must consider several factors including: (1) the nature and circumstances of the offense; (2) the need for the sentence imposed to reflect the seriousness of the offense, promote respect for the law, and provide just punishment; (3) the history and characteristics of the defendant; and (4) adequate deterrence of criminal conduct and the protection of the

public. 18 U.S.C. § 3553(a). Section 3553(a) then requires the Court to "impose a sentence sufficient, but not greater than necessary, to comply" with these purposes. *Id.* Consideration of the § 3553(a) factors here demonstrates that a sentence of 168 months is warranted. The government's recommended sentence is justified by the sentencing factors, in particular, the seriousness of the nature and circumstances of Davis's offense, the need for just punishment and to protect the public, and to promote respect for the law and deterrence.

## A. The nature, circumstances, and seriousness of the offense

Davis's crime is unquestionably serious and warrants a significant, within-guidelines sentence. In enacting the Matthew Shepard-James Byrd Hate Crimes Prevention Act (18 U.S.C. § 249), Congress criminalized two different categories of violent conduct that is motivated by the actual or perceived sexual orientation of any person: (1) willfully causing bodily injury; and (2) attempting to cause bodily injury through the use of a fire, firearm, dangerous weapon, or an explosive/incendiary device. *See* 18 U.S.C. § 249(a)(2)(A). A ten-year statutory maximum penalty applies regardless of whether the offense caused bodily injury or merely involved an attempt to cause bodily

19

injury with a firearm. Congress's decision to authorize the same penalty for offenses involving actual bodily injury and attempted bodily injury with a firearm reflects a clear intent to treat bias-motivated attempts in these circumstances as no less serious and deserving of equal punishment. Here, Davis's plan to commit bias-motivated mass murders was fortunately thwarted, but that in no way diminishes the seriousness of the offense nor does it justify a variance below the guidelines. Davis's conduct falls squarely within the criminal conduct the statute prohibits, and guidelines are designed to address.

Davis's violent and murderous plot was chillingly detailed. He obsessively planned and prepared to kill as many people as possible in downtown Owosso, targeting two specific locations solely because he perceived them to serve the gay community. In his own words, Davis wanted to wipe out the "far-left liberal, faggot scum" in the Party office and then strike the "faggot bar" where "gay people will be drinking and partying." As Davis moved between the first location to the second, he planned to move quickly "while causing the most casualties possible" and "fir[ing] on anyone and anything in that 30–40 feet distance between buildings." To accomplish this, Davis meticulously planned and

20

prepared. He conducted research on Krajčik, who carried out a mass shooting at a gay bar. Davis also researched his target locations and the best hours to carry out his mass killing. He scouted his path of attack from the Party office and the bar, documenting it in a video posted on Discord. And he amassed an arsenal of weapons that he planned to use during his attack, including firearms, ammunition, knives, cross bows, homemade explosives, and a variety of tactical and protective gear. Davis acquired nearly everything on his "Mission Needs" and "Mission Haves" lists. According to Davis, right before he was arrested, "the "gear aspect of everything" was complete. With his attack imminent, Davis test-fired his sawed-off rifle by unloading 60 rounds into his neighbors' cars.

The nature and circumstances of this offense and the defendant's unwavering plan to commit bias-motivated murders are deserving of a significant custodial sentence.

B.     **Respect for the law, just punishment, protection of the public, and deterrence**

Attempting to murder countless people because of their sexual orientation not only underscores the seriousness of Davis's conduct, but highlights the need to promote respect for the law and provide just

punishment. During Davis's preparation to commit this heinous mass shooting, he first targeted his gay neighbors by vandalizing their car with a homophobic slur and then shooting multiple rounds into their car. While being the target of these crimes would be distressing to anyone, it is especially devastating to know you were targeted because of who you are. As Davis's neighbor describes:

> *. . . . Since the incident, I have experienced a lot of anxiety, fear and depression daily that I did not have prior to these events. I've lost trust in my neighbors and my community and no longer find joy or feel safe in taking my two dogs for a walk around the block. . . .I hope to be able to someday trust my neighbors again and really fell that sense of community that was taken away from me. That can only happen once I no longer have fear that he will be released any time soon.*

*See* Ex. A: M.S. Victim Impact Statement.

A bias-motivated crime such as this one harms not only the direct victims, but also entire communities by instilling fear that they, too, could be targeted simply because of their sexual orientation or other protected characteristic. For this reason, hate crimes such as this one are even more deserving of a serious sentence within the guideline range.

Additionally, a significant custodial sentence is necessary because the defendant remains a danger to the public. Davis came dangerously

close to acting on deeply rooted hatred by carrying out a mass killing. As detailed below, Davis has long harbored bias-motivated animus toward others and has obsessed about committing acts of violence against them. For the time that Davis is incarcerated, the public will be protected since he will not be in a position to carry out the acts of violence about which he obsesses. The severity of his sentence— matching the severity of his crime—will also send a clear message that bias-motivated violence will not be tolerated in this country, and that any likeminded individuals who might consider acting on their hate-filled violent thoughts will only meet similar, appropriately significant punishment.

### C.    The defendant's history and characteristics

During the many months he devoted to planning and preparing for a mass shooting, Davis had ample opportunity to reflect, reconsider, and stop. Instead, he took only deliberate steps towards achieving his goal of killing as many people as he could. As Davis admitted during his guilty plea hearing, he had attempted to carry out a mass shooting. Davis admitted to the FBI that he harbored strong negative feelings against the gay community and consumed hate material that fostered

23

his anti-gay feelings. Davis is not someone who made a single bad decision or chose the wrong path in a discreet moment. He meticulously planned and practiced his attack over several months. Over time and step-by-step, he acquired the weapons and gear he needed for his planned mass shooting. He never veered from his plan and his actions only escalated.

Through his writings, Davis has demonstrated a history and pattern of expressing hatred towards both marginalized and non-marginalized communities. He has long viewed the world through a distorted and violent lens and fantasized about committing heinous acts of violence. In late 2023 and early 2024, Davis wrote the following entries, among many others, in the "virtual manifesto" found on his Google Drive:

- *8/10/2023*
  *For some time, I have been Casing out possible targets: hospitals, churches, schools, mosques, synagogues, supermarkets. I chose a mosque because of my hate for Muslims and the radicalization they do there for groups like ISIS and other Islamic jihad groups. I see people like Brenton Tarrant, Anders Breivik, Payton Gendron, Robert Bowers, John Earnest, all chose targets because of white replacement theory, even though I believe in some of it, my reasoning will not just be a political move, this is personal, it's about hatred and much more, my hate for this world and for the people in it, all people, I hate you all the same.*

24

- *8/10/23*
  *I want you all to die, a bloody fucking death, i want to kill all of you 1 by 1, bullet by bullet, death be upon you, im going to destroy you all with one clean sweep, and then act on my revenge, now fate will decided for all of you, good luck faggots or not, either way your fucking dead!!!*

- *8/25/23*
  *3 choices, either a mosque, theater or school, now if its a mosque ill do the attack and surrender, if its a theater the same out come, but if its a school, then im going to have too kill myself after the attack, noway could i live with myself, and i would never survive prison, they hate child anything in there, killers too, not just pedos*

- *1/30/24*
  *As the days pass, I leave my ideology behind, and plan just a straight up mass shooting, random target style, either a bar or theater, or a store like Walmart, Kroger or dollar general.[2]*

- *2/7/24*
  *A guy i really relate with, like actually relate with is ethan miller, the oregon safeway shooter, he only killed 2, but planned for dozens, i will revenge your mistake brother, i will get more than 10 kills, hell, rage, Fuck You!!!!!!*

Davis's search history on his Google account in 2023 and 2024 also reflected numerous searches about synagogues, mosques, mass shooters

---

[2] A hand drawn layout titled "[XXXXXX] Market Floor Plan" which had features consistent with a grocery store located in Owosso, Michigan was found during the search of Davis's bedroom.

and shootings, firearms, and explosive devices. Davis's Reddit account reflected chats that were mainly focused on mass killers.

It is clear that Davis has deep-seated anger towards the world that causes him to obsess about committing violence towards others. And, as seen through this offense, he has shown a willingness to act on that anger.

## IV.   Conclusion

For the reasons set forth above, the United States respectfully requests that this Court impose a sentence of imprisonment at the top of the applicable Guidelines range.

Respectfully Submitted,

JEROME F. GORGON JR.
United States Attorney

*/s Frances Lee Carlson*
Frances Lee Carlson
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, Michigan 48226-3211
(313) 226-9696
frances.carlson@usdoj.gov

*/s Christopher W. Rawsthorne*
Christopher W. Rawsthorne
Assistant United States Attorney
600 Church Street, Suite 210
Flint, MI 48502
(810) 766-5177
christopher.rawsthorne@usdoj.gov

Dated: February 17, 2026

## CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2026, an employee of the United States Attorney's Office electronically filed the foregoing document using the Court's ECF system, which will send notice to all registered parties.

s/Frances Lee Carlson
Assistant U.S. Attorney