M.S.

11/25/2025

Your Honor,

My name is M.S. and my husband's name is J███, and we are the victims in this case. The two of us have been together for 13 years, living in the same home in Owosso that I grew up in as a kid. This has been my home and neighborhood for over 40 years, and I would like to share how this crime has affected my life.

Since the incident, I have experienced a lot of anxiety, fear and depression daily that I did not have prior to these events. I've lost trust in my neighbors and my community and no longer find joy or feel safe in taking my two dogs for a walk around the block. These feelings have affected my ability to sleep at night, my relationships with the people around me, and just being able to leave my house to run an errand.

I no longer feel safe playing outside in my front yard with my dogs or with my niece and nephew when they visit because I get paranoid of what someone living nearby might be planning.  I'm constantly watching people out in public now to look for signs of suspicious behavior and if in a social atmosphere I don't trust anyone I don't already know.

This crime has caused us financial hardship as well; we've put in new security cameras and motion lights around the home that were not needed before. I've spent a few hundred dollars buying new equipment, installing the equipment, and paying for yearly fees on the cameras.

I ask the court to consider sentencing Mack to the maximum sentence his crimes allow! He is a very serious threat to the lives and wellbeing of the people in this community! My hope is that knowing he has been locked away for years to come and that justice has been served will allow me to heal and move forward. I hope to be able to someday trust my neighbors again and really feel that sense of community that was taken away from me. That can only happen once I no longer have to fear that he will be released any time soon.

Thank you,

M.S.

Exhibit A